**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 05-1939

DOMINIQUE SHEPHERD,

Plaintiff - Appellant,

versus

DONALD L. EVANS, Secretary of Commerce, United
States Department of Commerce,

Defendant - Appellee.

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.  Alexander Williams, Jr., District Judge.
(CA-03-1273-AW)

Submitted:  January 31, 2006      Decided:  February 15, 2006

Before WILKINSON, SHEDD, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Dominique Shepherd, Appellant Pro Se.  John Walter Sippel, Jr.,
Ariana Wright Arnold, OFFICE OF THE UNITED STATES ATTORNEY,
Baltimore, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Dominique Shepherd appeals the district court's order denying relief on her civil action alleging claims of employment discrimination under Title VII of the Civil Rights Act of 1964. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See</u> <u>Shepherd v. Evans</u>, No. CA-03-1273-AW (D. Md. July 18, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>